# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| BONNIE HENDRICKS, on behalf of herself and all others similarly situated, | : | Case No. 1:20-cv-263 |
| | : | |
| | : | Judge Timothy S. Black |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| TOYOTA MOTOR CORPORATION, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING
## STIPULATED MOTION TO TRANSFER VENUE (Doc. 12)

This civil action is before the Court on the parties' joint stipulated motion to transfer venue (Doc. 12).  For good cause shown, that motion (Doc. 12) is **GRANTED**.

Accordingly, pursuant to 28 U.S.C. § 1404(b), **IT IS ORDERED** that the above captioned case be **TRANSFERRED** to the Sherman Division of the United States District Court for the Eastern District of Texas for reassignment to a Judge at that location.

Date:  11/05/2020

/s/ Timothy S. Black
Timothy S. Black
United States District Judge